**Order entered November 29, 2021**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

## No. 05-21-00696-CV

### DAVID DIAZ, SCOTT FISHER, AND KRISTI FISHER, Appellants

### V.

### SMS FINANCIAL CAP, LLC, CAPITAL ONE, NATIONAL ASSOCIATION, STEPHEN F. PERKINS, AND CHRISTOPHER FITZWATER, Appellees

**On Appeal from the 199th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 199-00653-2011**

### ORDER

Before the Court is appellee SMS Financial Cap, LLC's November 22, 2021 motion for an extension of time to file its brief. We **GRANT** the motion to the extent that we extend the deadline to **December 31, 2021**.

/s/   ROBERT D. BURNS, III
CHIEF JUSTICE